ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CR. NO. B-04-578 |
| | § | (Judge Tagle) |
| CARLOS GONZALEZ ROSAS | § | |

## O R D E R

A motion to determine the competency of the defendant was filed on his behalf by his attorney of record (Doc. #4 filed 08/04/04). The Court granted the motion (Doc. #4 filed 08/04/04), without making the proper findings required by the Speedy Trial Act, 18 U.S.C. § 3161(h) and as dictated by Zedner v. United States,126 S. Ct.1976; 164 L. Ed. 2d 749; 2006 U.S. LEXIS 4509; 74 U.S.L.W. 4271 (2006).[1]

In order to comply with the requirements of the Speedy Trial Act (id.) and the mandates of the United States Supreme Court in Zedner v. United States (id.), it is therefore ORDERED that defendant's motion for examination to determine mental competency is hereby GRANTED.

The Court grants defendant's motion pursuant to the provisions of the Speedy Trial Act due to proceedings involving defendant's examination to determine mental competency. The delay caused as a result of this motion shall be excluded in computing the time

---

[1] Ruling that a defendant may not opt out of the federal Speedy Trial Act's time limits for commencing trial by renouncing his rights under the acts prior trial.

within which the trial of this case must commence.

DONE at Brownsville, Texas, this <u>11th</u> day of July 2006.

_____
Felix Recio
United States Magistrate Judge